IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. **'08 - CV - 00130**
(To be supplied by the court)

Jeremy Vaughn Pinson, Plaintiff,

v.

Sara Revell,

D. J. Harmon,

M. D. Henderson,

J. McKinney,

B. Greenwood,

Federal Bureau of Prisons,

_____,

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2008
GREGORY C. LANGHAM
CLERK

_____, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. <u>Jeremy V. Pinson  # 16267-064   U.S. Penitentiary</u>
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   <u>P.O. Box 7000   Florence   CO   81226</u>

2. <u>Sara Revell   Warden   U.S. Penitentiary</u>
   (Name, title, and address of first defendant)
   <u>P.O. Box 7500   Florence   CO   81226</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   <u>Federal employee</u>

3. <u>D.J. Harmon   Captain   U.S. Penitentiary</u>
   (Name, title, and address of second defendant)
   <u>PO Box 7500   Florence   CO   81226</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   <u>Federal employee</u>

4. <u>M.D. Henderson   Lieutenant   U.S. Penitentiary</u>
   (Name, title, and address of third defendant)
   <u>PO Box 7500   Florence   CO   81226</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   <u>Federal employee</u>

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                                    2

## A. Parties

5. J. McKinney    Lieutenant    U.S. Penitentiary
P.O. Box 7500    Florence    CO    81226
Not acting under color of state law. Federal employee.

6. B. Greenwood    Health Services Administrator
P.O. Box 7500    Florence    CO    81226
Not acting under color of state law. Federal employee.

7. Federal Bureau of Prisons - Agency of Custody
320 First Street, N.W. Room 841 Washington DC 20534
Not acting under color of STATE Law.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    \_\_\_  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _X_  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

The Plaintiff who suffers from a mental disease has been in BOP custody since May 2, 2007. His ailment which a board certified psychologist has reccommended 4-8 years of structured therapy to treat has been treated only with minor effort and the BOP has utilized inhumane isolation and physical restraints to control but refuses to send Plaintiff for treatment at a medical center. The use of restraints has caused permanent scars on Plaintiff's ankles and caused swelling and severe discomfort during it's use.

(Rev. 1/30/07)                                   3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: __Violation of the 8th Amendment__

   Supporting Facts:

   (1.) In April 2007 at a sentencing hearing in the U.S District Court for the Western District of Oklahoma, Dr. Melvin Preisz testified that the Plaintiff suffered from a mental disease and would need 4-8 years of structured therapy and treatment.

   (2) U.S. District Judge David L. Russell reccommended based on expert opinion that the Plaintiff be in incarceration at the Federal Medical Center in Butner, North Carolina.

   (3) The Bureau of Prisons incarcerated Plaintiff in two U.S. Penitentiaries subjecting him to extreme violence and trauma.

   (4) Said environmental factors exacerbated and worsened Plaintiff's mental state.

   (5) Most of Plaintiff's psychiatric treatment has comprised of infrequent 2-5 minute sessions through a steel door and are inadequate.

(Rev. 1/30/07)                                    4

2. Claim Two: <u>Violation of the 8th Amendment</u>

Supporting Facts:

1. On at least 3 occasions while at the U.S. Penitentiary in Florence, Colorado the Defendants utilized hard restraints upon the Plaintiff.
2. Plaintiff was left in said restraints for no less than 24 hours.
3. Plaintiff suffers permanent scarring on his ankles from the use of restraints.
4. Plaintiff was left to urinate and defecate upon himself due to immobility.
5. Plaintiff was denied some meals while in restraints.
6. Plaintiff was denied liquids and was left to dehydrate while in restraints.
7. Soft restraints were available but not used.
8. Restraints were used as a form of forcing Plaintiff to comply with degrading and very humiliating demands.
9. Defendants isolated Plaintiff in a single cell for 3 months without adequate human interaction or educational/Recreational reprieve and continue to do so at the time of this complaint.

(Rev. 1/30/07)                                         5

3. Claim Three: <u>Violation of 5th Amendment</u>

Supporting Facts:

1. Plaintiff was placed in restraints and not given a review or opportunity to challenge their use.

2. Defendants had ample opportunity to afford Plaintiff a hearing of continued use of restraints.

(Rev. 1/30/07)  6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Sara Revell, Michael Nalley, Harley Lappin

2. Docket number and court name: 07-CV-02420-BNB ; U.S.D.C. D. Colo.

3. Claims raised in prior lawsuit: 8th Amendment

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Pending order affirming voluntary dismissal.

5. If the prior lawsuit was dismissed, when was it dismissed and why? N/A

6. Result(s) of any appeal in the prior lawsuit: N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _X_ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                              7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

① Compensatory damages — $5,000.00

② Punitive damages — $225,000.00

③ Declaratory Relief

④ Injunctive Relief

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  Jan. 7, 2008
                    (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                 8