# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00130-BNB

JEREMY VAUGHN PINSON,

    Plaintiff,

v.

SARA REVELL,
D. J. HARMON,
M. D. HENDERSON,
J. McKINNEY,
B. GREENWOOD, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's "Motion for Leave to File an Amended Complaint," filed with the Court on January 30, 2008. In the Motion, Plaintiff asks to add new parties and to delete named parties. Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Plaintiff desires to amend his Complaint and delete old and add new parties he may do so. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Therefore, the Motion is DENIED as unnecessary.

    The Amended Complaint must be submitted on a Court-approved form and must contain all claims, named parties, and requests for relief. Plaintiff shall have thirty days from the date of the instant Minute Order to file an Amended Complaint. If he fails to file an Amended Complaint within thirty days the Court will proceed to review the merits

of the Complaint submitted to the Court on January 11, 2008. The Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form.

Dated: February 1, 2008

A copy of this **Minute Order and two copies of a Prisoner Complaint form** were mailed on February 1, 2008, to the following:

Jeremy Vaughn Pinson
Reg. No. 16267-064
USP - Florence
PO Box 7000
Florence, CO 81226

                                                Secretary/Deputy Clerk