# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00130-BNB

JEREMY VAUGHN PINSON,

    Plaintiff,

v.

SARA REVELL,
D. J. HARMON,
M. D. HENDERSON,
J. McKINNEY,
B. GREENWOOD, and
FEDERAL BUREAU OF PRISONS,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 4 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On February 1, 2008, Plaintiff filed a document titled, "Motion for Order Concerning Court and Litigant Communications." In the Motion, Plaintiff claims his mail from the Court was delayed eleven days and was damaged when he received it, and he requests an evidentiary hearing regarding the delay and damage. Plaintiff obviously received the Court's order that was signed and dated January 17, 2008. The Order, however, was not delayed eleven days. The Order may have been signed by the Judge on January 17, 2008, but due to the weekend and the Court holiday on Monday, January 21, 2008, the Order was not processed until January 22, the Tuesday following the January 21 holiday. Plaintiff received the Order within five days. Plaintiff's Motion for Order, in which he requests an evidentiary hearing due to the delay and damage is DENIED. Plaintiff is instructed to comply with the Court's January 22, 2008, Order within the time allowed. If Plaintiff fails to comply with the January 22, 2008, Order within the time allowed the Complaint and action will be denied without further notice.

Dated: February 4, 2008

A copy of this Minute Order mailed on February 4, 2008, to the following:

Jeremey Vaughn Pinson
Prisoner No. 16267-064
USP - Florence
PO Box 7000
Florence, CO 81226

                                    Secretary/Deputy Clerk