IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00130-BNB

JEREMY PINSON,

    Plaintiff,

v.

SARA REVELL,
DELBERT SAUERS,
MICHAEL HENDERSON,
D. J. HARMON,
J. McKINNEY,
MICHAEL MUKASEY,
HARLEY LAPPIN, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2008

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On February 14, 2008, Plaintiff filed a Motion for Service by United States Marshal. The Motion is DENIED as premature.

Dated: February 19, 2008

A copy of this Minute Order mailed on February 19, 2008, to the following:

Jeremy Vaughn Pinson
Reg. No. 16267-064
U.S. Penitentiary
PO Box 7000
Florence, CO 81226

                            Secretary/Deputy Clerk