IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00130-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA REVELL,
DENESE W. HEUETT,
J. C. HOLLAND,
D. J. HARMON,
M. D. HENDERSON,
J. McKINNEY, and
B. GREENWOOD,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff Jeremy V. Pinson, a federal prisoner currently housed in the State of Colorado, filed a Prisoner Complaint on January 22, 2008. Subsequently on February 22, 2008, Mr. Pinson filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a). The Court will dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶

41.02(2) (2ᵈ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10ᵗʰ Cir. 1968). The Notice, therefore, closes the file as of February 22, 2008. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of February 22, 2008, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 28 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00130-BNB

Jeremy Pinson
Reg. No. 16267-064
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/3/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk